IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CRIMINAL NO. 02-0048-001-CG |
| ) | |
| JOHN RIVERS,   ) | |
| ) | |
| Defendant.   ) | |

**ORDER**

This matter is before the Court on the defendant's Motion for Nunc Pro Tunc (Doc. 60), by which he seeks to have the state sentence he is currently serving credited to his federal sentence in this case, which he has not yet begun to serve.

On August 26, 2002, the defendant was sentenced by this Court to 70 months in prison. At the time, he was in state custody awaiting trial on a murder charge, and was produced in federal court via a writ. Following sentencing, he was returned to state custody, and according to the defendant, was convicted and given a life sentence by the state court. He has been serving that life sentence ever since. There is a federal detainer lodged with the state authorities so that once the defendant is paroled, he will be turned over to federal authorities for service of the sentence imposed in this case. The defendant says he will be eligible for parole from the state sentence in 2017.

The Court has ascertained that the Bureau of Prisons does not have any record of the defendant at this time, as he has not yet begun his federal sentence. The Court declines to issue an order at this time concerning the defendant's request, and therefore DENIES the motion.

Once he is taken into federal custody, the defendant has the ability to pursue an administrative remedy by requesting the Bureau of Prisons to

designate the state facility as a place of confinement for the federal sentence. If he does that, the Bureau of Prisons will then contact this Court to ascertain the Court's position on that request.

**DONE** and **ORDERED** this 9th day of June, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE